

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Adrian Lerone Thomas, Appellant

No. 06-14-00012-CR          v.

The State of Texas, Appellee

Appeal from the 396th District Court of Tarrant County, Texas (Tr. Ct. No. 1320823D). Memorandum Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Adrian Lerone Thomas, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 2, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk